USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 0 7 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

LESHAWN DAWSON, *on behalf of himself and all others similarly situated*,

                Plaintiff,

   -against-

TATCHA, LLC,

                Defendant.

------------------------------------x

ORDER

19 Civ. 7613 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       January 7, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge